IN THE US DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IAM National Pension Fund, Yolanda Montgomery**<br>Plaintiff/Petitioner<br>vs.<br>**Triad Logistics Services Corporation**<br>Defendant/Respondent | Cause No.:   **1:25-cv-01187-RBW**<br>Hearing Date:<br><br>AFFIDAVIT OF SERVICE OF<br>SUMMONS; COMPLAINT; CIVIL COVER SHEET; NOTICE OF RIGHT TO CONSENT TO TRIAL BEFORE A UNITED STATES MAGISTRATE JUDGE; NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **23rd day of April, 2025** at **3:30 PM** at the address of **314 Laurie St, Melbourne, FL 32935**; this affiant served the above described documents upon **Triad Logistics Services Corporation c/o c/o Hill Accounting and Tax Service** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Natalia Novikova, I delivered the documents to Natalia Novikova who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 35-45 years of age, 5'4"-5'6" tall and weighing 80-120 lbs with an accent.**

No information was provided or discovered that indicates that the subjects served are members of the U.S. military.

_____

Residing or doing business at:   **1707 Pontiac Circle N, Melbourne, FL 32935**

Subscribed and sworn to before me this 24th day of April, 2025.

_____
Notary Public / Deputy Clerk

May 15, 2028
My commission expires


LEAH KATHERINE HILL
Commission # HH 528166
Expires May 15, 2028

